FILED

DEC 13 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY; THE FAIR HOUSING COUNCIL OF SAN DIEGO, individually and on behalf of the GENERAL PUBLIC**, <br><br>  Plaintiffs - Appellants, <br><br> v. <br><br> **ROOMMATES.COM, LLC**, <br><br>  Defendant - Appellee. | No. 04-56916 <br><br> D.C. No. CV-03-09386-PA <br><br><br> **ORDER** |
| **FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY; THE FAIR HOUSING COUNCIL OF SAN DIEGO, individually and on behalf of the GENERAL PUBLIC**, <br><br>  Plaintiffs - Appellees, <br><br> v. <br><br> **ROOMMATE.COM, LLC**, <br><br>  Defendant - Appellant. | No. 04-57173 <br><br> D.C. No. CV-03-09386-PA |

Before:     **KOZINSKI**, Chief Judge.

The stipulation of the parties to allow filing of a brief by amici curiae Amazon.com, et al., is rejected.  Amici curiae Amazon.com, et al., are denied leave to file a brief.  See Circuit Advisory Committee Note to 9th Cir. R. 29-2 (July 1, 2007).